# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 14-60275
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

June 29, 2015

Lyle W. Cayce
Clerk

YING PAN QHAO,

Petitioner

v.

LORETTA LYNCH, U. S. ATTORNEY GENERAL,

Respondent

Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A087 486 806

Before KING, PRADO, and HAYNES, Circuit Judges.

PER CURIAM:[*]

Ying Pan Qhao, a citizen of China, petitions this court for review of the order of the Board of Immigration Appeals (BIA) dismissing her appeal from the decision of the immigration judge (IJ) denying her application for asylum, withholding of removal, and Convention Against Torture (CAT) relief. Because the BIA relied upon the IJ's decision, this court reviews both the IJ's decision

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

and the order of the BIA. *See Wang v. Holder*, 569 F.3d 531, 536 (5th Cir. 2009).

Qhao does not meaningfully challenge the denial of withholding of removal or of her claim that her due process rights were violated; she therefore has abandoned these claims. *See Soadjede v. Ashcroft*, 324 F.3d 830, 833 (5th Cir. 2003). Qhao's attempts to explain away the evidentiary inconsistencies, implausibilities, and lack of detail identified by the IJ do not constitute substantial evidence compelling the conclusion that she is credible. *See Wang*, 569 F.3d at 538. Likewise, she fails to show that substantial evidence compels her entitlement to either asylum or CAT relief. *See Zhang v. Gonzales*, 432 F.3d 339, 344-45 (5th Cir. 2005). Accordingly, Qhao's petition for review is DENIED.